**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELIZABETH ALVARADO, ERICKA
AGUILAR, WANDA AZU NIEVES, and
MARIE WOOD SMITH,

                     Plaintiffs,
   -against-                                        20 **CIVIL** 10790 (KMK)

                                                        **<u>JUDGMENT</u>**

UNITED HOSPICE, INC., CARA DANIELLE
PACE, and JUDITH PEACOCK,

                     Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      September 28, 2022

                                                       **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                             **BY:**     *K. Mango*
                                                          **Deputy Clerk**